

## CAUSE NO. 12-14-00240-CR

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| **MARK ERIC EMANUEL,**<br>**APPELLANT** | § | **APPEALED FROM 3RD DISTRICT COURT** |
| | § | **IN AND FOR** |
| **THE STATE OF TEXAS,**<br>**APPELLEE** | § | **ANDERSON COUNTY, TEXAS** |

### ORDER TO APPEAR AND SHOW CAUSE

Official court reporter Ms. Helen C. Wooten recorded the proceedings in the above styled and numbered case, and has failed to file the reporter's record of those proceedings as set out below.

The filing deadlines and extensions thereof are as follows:

| | |
|---|---|
| **November 14, 2014** | **Reporter's record due** |
| December 15, 2014 | Due date after notice of past due reporter's record |
| **January 19, 2015** | **1st Extension granted by the Court** |
| February 2, 2015 | 2nd Extension granted by the Court |
| **February 9, 2015** | **3rd Extension granted by the Court** |
| February 17, 2015 | 4th Extension granted by the Court |
| **March 2, 2015** | **Due date after warning of past due reporter's record** |
| April 6, 2015 | 5th Extension granted by the Court |
| **April 20, 2015** | **Due date after final deadline issued by the Court** |
| April 21, 2015 | No Action taken on reporter's extension request |
| | **Court withdrew final deadline of April 20, 2015** |
| April 28, 2015 | Due date after final deadline issued by the Court |

The reporter's record has not been filed.

Accordingly, as required by Rule 37.3(a)(2) of the Texas Rules of Appellate Procedure, the clerk has referred this matter to the Court for further action. The rules provide that this Court is jointly responsible with the trial court for ensuring that appellate records are timely filed and that we may enter any order necessary to ensure the timely filing of the appellate record. TEX. R. APP. P. 35.3(c); TEX. GOV'T CODE ANN. § 21.002 (Vernon 2004); *Johnson v. State*, 151 S.W.3d 193 (Tex. Crim. App. 2004).

NOW, THEREFORE, IT IS ORDERED that Ms. Helen C. Wooten shall appear before this Court at **2:00 PM** on **May 11, 2015**, prepared to show cause to this Court why she should not be held in

contempt for failing to obey this Court's order of April 21, 2015, whereby she was ordered to file the reporter's record on or before April 28, 2015.

Because you are subject to criminal penalties, that is, incarceration and/or a fine up to $500.00, you have a right to counsel during these proceedings. **If you desire to have counsel, counsel must be present with you on May 11, 2015, at 2:00 PM and ready to proceed with the hearing. If you do not have counsel with you, you should be prepared to waive your right to counsel.**

IT IS FURTHER ORDERED that the clerk of this Court shall issue a Notice to Appear and Show Cause commanding Wooten to appear before this Court at **2:00 PM** on **May 11, 2015**, to show cause why she should not be held in contempt of this Court, and be punished, for failing to obey the order of this Court dated April 21, 2015. A copy of the April 21, 2015, Order shall accompany the Notice.

IT IS SO ORDERED ON THIS THE 30th day of April, 2015.

WITNESS the Honorable James T. Worthen, Chief Justice, Court of Appeals, 12th Court of Appeals District, Tyler, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas, this 30th day of April 2015, A.D.



CATHY S. LUSK, CLERK
12th Court of Appeals

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

ISSUED this 30th day of April 2015.

CATHY S. LUSK, CLERK
12th Court of Appeals

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

# NOTICE TO APPEAR AND SHOW CAUSE

A correct and complete copy of the Order of April 21, 2015, is attached to this Notice and fully incorporated for all purposes.

**NOW, THEREFORE**, Ms. Helen C. Wooten is hereby commanded to appear at **2:00 PM on May 11, 2015**, before the Twelfth Court of Appeals at its courtroom located on the first floor of the Cotton Belt Building at 1517 West Front Street, Tyler, Texas, to show cause why she should not be held in contempt of the Twelfth Court of Appeals for failing to obey this Court's order dated April 21, 2015, and why she should not be punished for such failure.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas, this 30th day of April 2015, A.D.



CATHY S. LUSK, CLERK
12th Court of Appeals

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

FILE COPY

# OFFICER'S RETURN

Came to hand on this _____ day of _____, 2015, at _____ o'clock, ___.M., and executed at Anderson County, Texas, on the _____ day of _____, 2015, by delivering to Ms. Helen C. Wooten at her work address of Courthouse, 500 North Church Street, Room 30, Palestine, TX 75801 (or wherever she may be found), the original Order and Notice to Appear and Show Cause which accompanied this writ.

Return must be made to this Court within five (5) days after service.

To certify which witness my hand officially.

_____
(Signature)

_____
(Print or type name)

_____
(Title)
Of Anderson, Texas



## CAUSE NO. 12-14-00240-CR

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| **MARK ERIC EMANUEL, APPELLANT** | § | **APPEALED FROM 3RD DISTRICT COURT** |
| | § | **IN AND FOR** |
| **THE STATE OF TEXAS, APPELLEE** | § | **ANDERSON COUNTY, TEXAS** |

## PRECEPT TO SERVE

From the State of Texas to any Sheriff, Constable or Peace Officer with jurisdiction to serve process in Anderson, Texas, Greetings:

You are hereby commanded to serve the accompanying copy of an Order in the above-stated Cause on Ms. Helen C. Wooten, who can be served at Courthouse, 500 North Church Street, Room 30, Palestine, TX 75801, Anderson County, in the State of Texas.

Herein fail not, but of this order, and how you have executed the same, make due return within five (5) days after service.

WITNESS the Honorable James T. Worthen, Chief Justice, Court of Appeals, 12th Court of Appeals District, Tyler, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas, this 30th day of April 2015, A.D.

CATHY S. LUSK, CLERK
12th Court of Appeals

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

ISSUED this 30th day of April 2015.